**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11-cv-153**

| | |
|---|---|
| EUNICE SIMMONS as Personal Representative of the Estate of David L. Simmons; and the State of North Carolina Ex. Rel., )<br><br>Plaintiffs, )<br><br>vs. )<br><br>JOHN T. McDEVITT, Sheriff of Burke County, et al, )<br><br>Defendants. )<br>_____ ) | **ORDER** |

**On January 10, 2012,** C. Frank Goldsmith, Jr., the mediator selected by the parties in the above entitled matter filed a report (#19) advising that all matters in dispute between the parties had been settled and compromised. As of the time of the filing of this order a dismissal has not been filed and over a month of time has passed from and after the filing of the report by Mr. Goldsmith. As a result, the undersigned will enter an order advising the parties that they have until March 26, 2012 to file the Stipulation of Dismissal reflecting the settlement in this matter.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that pursuant to the report of mediator (#19) the parties are ordered to file a Stipulation of Dismissal of this matter on or before **March 26, 2012**.

Signed: February 25, 2012

Dennis L. Howell
United States Magistrate Judge